IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KINNARD, | No. C-06-7947 MMC |
| Plaintiff, | **ORDER REMANDING ACTION** |
| v. | |
| FRANK DEBENEDETTO, et al., | |
| Defendants. | |

On December 28, 2006, plaintiff Kenneth Kinnard ("Kinnard") purported to remove to federal court the above-titled action, which Kinnard previously filed in state court. "[A] plaintiff may not remove an action to federal court." See Martinez v. Newport Beach City, 125 F.3d 777, 780 (9th Cir. 1997), overruled on other grounds, Green v. City of Tucson, 255 F.3d 1086 (9th Cir. 2001).

Accordingly, the instant action is hereby REMANDED to the Superior Court for the City and County of San Francisco.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 8, 2007

MAXINE M. CHESNEY
United States District Judge